IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | ) | Case No.: 2:24-bk-08554 |
| ENID GUTIERREZ RENTERIA, | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Brenda K. Martin |

NOTICE OF RESCISSION PURSUANT TO 11 U.S.C. SECTION 524(c)(4)

This notice will advise you that the reaffirmation agreement entered on 11/28/24 into between the Debtor(s) and Capital One Auto Finance, a division of Capital One, N.A [docket entry 16] is hereby rescinded pursuant to 11 U.S.C. § 524(c)(4) and that the reaffirmation executed between the parties is void.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s):
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main St
Skokie, IL 60076
Phone: 602−456−1813